IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BARRY RANDOLPH and JULIA RANDOLPH,

      Appellants,

v.

SOLUTIA, INC.,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2111

_____/

Opinion filed March 7, 2016.

An appeal from the Circuit Court for Escambia County.
Ross Goodman, Judge.

Barry and Julia Randolph, pro se, Appellants.

James Rebarchak and Joseph Steadman, Jr. of Jones Walker LLP, Mobile, AL, for Appellee.


PER CURIAM.

      AFFIRMED.

LEWIS, SWANSON, and WINOKUR, JJ., CONCUR.